IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**THOMAS M. ABRAM,**

      **Plaintiff,**

v.

    Case No.:  2:19-cv-2996
    Judge Edmund A. Sargus, Jr.
    Chief Magistrate Judge Deavers

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This case is before the Court to consider the *Report and Recommendation* issued by the Magistrate Judge on July 31, 2020.  The Magistrate Judge recommended that the Court reverse the Commissioner's non-disability finding and remand this case to the Commissioner of Social Security and the Administrative Law Judge under Sentence Four of § 405(g) for further consideration consistent with the *Report and Recommendation*.  (ECF No. 18).  The time for filing objections to the *Report and Recommendation* has passed, and no objections have been filed to the *Report and Recommendation*.  Therefore, the Court **ADOPTS AND AFFIRMS** the *Report and Recommendation*.  The decision of the Commissioner of Social Security is hereby **REVERSED,** and this case is **REMANDED** to the Commissioner and the ALJ pursuant to Sentence Four of § 405(g).

The Clerk shall remove ECF No. 18 from the Court's pending motions list and enter judgment in favor of Plaintiff.

    **IT IS SO ORDERED.**

     s/Edmund A. Sargus, Jr. 8/27/2020_____
     **EDMUND A. SARGUS**
     **United States District Court Judge**